IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLONIAL SCHOOL DISTRICT | : | CIVIL ACTION |
| v. | : | |
| G.K., by and through his parents, A.K. and S.K., and A.K. and S.K., individually | : | NO. 17-3377 |

O R D E R

AND NOW, this 30th day of April, 2018, upon consideration of Colonial School District's Motion for Judgment on the Administrative Record, docketed as Document No. 21, and Defendants' Motion for Summary Judgment on the Administrative Record, docketed as Document No. 22, and the responses thereto, and for the reasons set forth in my Opinion of this date, it is hereby ORDERED that:

     1. Colonial School District's Motion for Judgment is GRANTED; the Administrative Hearing Officer's final Decision and Order dated June 13, 2017, in the matter docketed as ODR No. 18356-16-17 AS, is REVERSED and all relief awarded in favor of G.K., A.K. and S.K. is VACATED, except that they shall not disgorge any relief, or the value of any relief, they have already received;

     2. Defendants' Motion for Summary Judgment is DENIED.

     3. Judgment shall be ENTERED in favor of the Colonial School District and against all Defendants.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE